IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ZEYDA QUEVEDO, | ) | CASE NO. _____ |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | NOTICE OF REMOVAL |
| | ) | WITH JURY TRIAL REQUESTED |
| CARGILL MEAT SOLUTIONS, | ) | IN LINCOLN, NEBRASKA |
| | ) | |
| Defendant. | ) | |
| | ) | |

## NOTICE OF REMOVAL

TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEBRASKA:

Defendant Cargill Meat Solutions Corporation ("Cargill"), pursuant to 28 U.S.C. §§ 1331, 1332, 1367, 1441 and 1446, hereby gives notice of removal of this action to the United States District Court for the District of Nebraska. As grounds for this removal, the Defendant states as follows:

## FACTUAL BACKGROUND

1. On or about February 26, 2024, Plaintiff filed her Complaint against Cargill in the District Court of Colfax County, Nebraska with an initial Civil Summons issued by the Court on that same day and an alias Civil Summons issued by the Court on March 19, 2024. A Process Service Return was filed with the Court on March 26, 2024 documenting service upon Cargill by certified mail on March 22, 2024.

2. As required by 28 U.S.C. § 1446(a), attached hereto collectively as "Exhibit A" and incorporated herein by this reference are copies of the Complaint, Praecipe, Summons, Praecipe for Alias Summons, and Summons served upon Cargill which constitute all of the process, pleadings, and orders served upon Cargill in this case to date. Attached hereto as "Exhibit B" and incorporated herein by this reference is a copy of the Service Return filed on March 26, 2024.

3. In her Complaint, Plaintiff purports to assert claims related to alleged violations of the Family and Medical Leave Act of 1993, 29 U.S.C. 2601 *et seq*. Plaintiff seeks damages against Cargill.

## THIS COURT HAS SUBJECT MATTER JURISDICTION UNDER § 1331 and § 1367

4. This case is properly removable because the Complaint could have originally been filed in this Court pursuant to 28 U.S.C. §1331 as it alleges questions of federal law. Specifically, the Plaintiff alleges claims for relief pursuant to the Family and Medical Leave Act of 1993, 29 U.S.C. 2601 *et seq*. Further, this case is also properly removable because the Complaint could have originally been filed in this Court pursuant to 28 U.S.C. §1332(a), as the Court has original jurisdiction given there is complete diversity between the parties as set forth herein.

5. Upon information and belief, Plaintiff is a resident of Schuyler, Colfax County, Nebraska.

6. Cargill is a Delaware corporation incorporated under the laws of the State of Delaware with its principal place of business located at its headquarters in Wichita, Kansas. Cargill is a food and protein production company, which operates a beef production facility located in Schuyler, Colfax County, Nebraska.

**A.** **Removal to this District is Proper**

7. Pursuant to the provisions of 28 U.S.C. § 1441(a), the United States District Court for the District of Nebraska is the federal district court embracing the place where the state court action is currently pending.

**B.** **The Petition for Removal is Timely**

8. This Notice is timely filed within thirty (30) days of service of Plaintiff's Complaint on Defendant pursuant to 28 U.S.C. §1446(b). Plaintiff's Complaint was filed and summons was issued to Defendant on February 26, 2024. An alias summons was issued to Defendant on March 19, 2024. Defendant was served with the Complaint on March 22, 2024. Not more than thirty (30) days have elapsed since Defendant was served with the Complaint pursuant to Fed. R. Civ. Proc. 6(a)(1)(C) and NECivR. 6.1.

**D.     Notice of Petition of Removal**

9.     Defendant will promptly provide Plaintiff with written notice of the filing of this Notice of Removal and will promptly file a copy of this Notice with the Clerk of the District Court of Colfax County, Nebraska.

**E.     Reservation of Rights**

10.     To the fullest extent allowed by law, Defendant reserves all rights, including defenses, and objections to this action, including defenses and objections as to the appropriate forum, jurisdiction, and service. The filing of this notice of removal is subject to and does not waive, any such defenses and objections. Defendant further reserves the right to amend or supplement this notice of removal.

## JURY REQUEST AND PLACE OF TRIAL

11.     The Defendant requests that this action be tried by jury, and that the trial be held in Lincoln, Nebraska.

WHEREFORE, Defendant, having removed the case now pending in the District Court of Colfax County, Nebraska, No. CI 24-13, respectfully requests that this case proceed with adjudication before this Honorable Court as though Plaintiff had originally filed it in this Court.

CARGILL MEAT SOLUTIONS, Defendant

By:   /s/ Susan M. Foster
Susan M. Foster, #24192
Attorneys for Defendant
Baylor Evnen Wolfe & Tannehill, LLP
Union Bank Place
1248 "O" Street, Suite 900
Lincoln, NE 68508
Telephone: (402) 475-1075
Fax: (402) 475-9515
Email: sfoster@baylorevnen.com

# CERTIFICATE OF SERVICE

  I hereby do certify that I am one of the attorneys of record for the Defendant and that on April 19, 2024, I electronically filed the foregoing Notice of Removal with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

Jon Rehm
Rehm, Bennett, Moore & Rehm, PC, LLP
jobrehm@rehmlaw.com
*Attorney for the Plaintiff*

              /s/ Susan M. Foster
              Susan M. Foster, #24192

3962657

Filed in Colfax District Court
*** EFILED ***
Case Number: D43CI240000013
Transaction ID: 0021216915
Filing Date: 02/26/2024 09:29:13 AM CST

## IN THE DISTRICT COURT OF COLFAX COUNTY, NEBRASKA

| | |
|---|---|
| ZEYDA QUEVEDO, | Case No. _____ |
| Plaintiff, | |
| vs. | **COMPLAINT** |
| CARGILL MEAT SOLUTIONS, | |
| Defendant. | |

Plaintiff alleges:

1. That defendant is a meat packing plant with a facility in Schuyler, Colfax County, Nebraska.

2. That plaintiff had been employed with the defendant at the Schuyler facility since August 21, 2017.

3. That all facts relevant to this case took place in Schuyler, Nebraska.

4. That this cause of action arises under the Family Medical Leave Act, 29 USC 2601, et al., so jurisdiction is proper in the District Court of Colfax County, Nebraska.

5. That plaintiff was terminated by the defendant on February 28, 2022.

### Facts

6. Plaintiff incorporates Paragraphs 1-5 into this section.

7. Plaintiff started working in production for the defendant at their meat packing facility in Schuyler, Colfax County, Nebraska on August 31, 2017.

8. On or about February 27, 2022, plaintiff became aware her mother in Cuba was hospitalized with mental health issues related to depression.

9. That soon afterwards, plaintiff informed the defendant of the need of FMLA-protected family leave to help take care of her mother in Cuba.

10. That plaintiff then made an application for FMLA benefits through defendant's third-party vendor, Sedgwick.

11. That plaintiff arrived in Cuba on March 1, 2022 to take care of her mother.

12. That on March 7, 2022, plaintiff's mother's treating doctor filled out FMLA paperwork.

13. That plaintiff sent the paperwork via fax to Araceli Garces with the UFCW 293 in Schuyler, Nebraska to send to Sedgwick on March 14, 2022.

14. That on March 22, 2022, plaintiff sent images of the FMLA paperwork via What's App to Garces and those documents were sent to Sedgwick via email.

15. That on or about March 25, 2022, Sedgwick texted the plaintiff that her FMLA leave had been approved through April 1, 2022.

16. That plaintiff arrived back in Miami on March 30, 2022 and drove back with her sons to Nebraska to make a scheduled doctor's appointment for April 1, 2022 with Dr. Manjula Tella.

17. That plaintiff attended that medical appointment and as a result asked for another month of FMLA leave for her personal condition.

18. That upon asking for additional leave on April 1, 2022, Cargill informed plaintiff that she had been terminated effective February 28, 2022, because her FMLA leave was not approved.

EXHIBIT A

19. That defendant's Human Resources Manager at the Schuyler plant, Sarah Heller, informed plaintiff that it was Sedgwick that had not approved the FMLA.

20. Plaintiff then offered to show Heller the original copies of the FMLA paperwork, but Heller refused to review those documents and told plaintiff there was nothing she could do about the termination.

**Prayer for Relief and Request for Jury**

Wherefore, plaintiff requests all available relief from this court and a trial by jury to determine the rights and liabilities of all parties.

ZEYDA QUEVEDO, Plaintiff

REHM, MOORE & REHM, P.C., L.L.O.
3701 Union Dr., #200
Lincoln, NE 68516
(402) 420-1400
E-mail: jonrehm@rehmlaw.com

For the firm:  **/s/ Jon Rehm**_____
         Jon Rehm, #23097

EXHIBIT A

Filed in Colfax District Court
*** EFILED ***
Case Number: D43CI240000013
Transaction ID: 0021216915
Filing Date: 02/26/2024 09:29:13 AM CST

### IN THE DISTRICT COURT OF COLFAX COUNTY, NEBRASKA

| | | |
|---|---|---|
| ZEYDA QUEVEDO, | ) | Case No. _____ |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **PRAECIPE** |
| | ) | |
| CARGILL MEAT SOLUTIONS, | ) | |
| | ) | |
| Defendant. | ) | |

To the Clerk of Said Court:

Please issue summons in the above-entitled action for service by certified mail, with a copy of the Complaint attached thereto for service on the Defendant at:

Cargill Meat Solutions
c/o Registered Agent Group, Inc.
5000 Central Park Dr., #204
Lincoln, NE 68504

Summons should be mailed and/or sent by electronic mail to Plaintiff's attorney for service by certified mail.

    ZEYDA QUEVEDO, Plaintiff

    REHM, MOORE & REHM, P.C., L.L.O.
    3701 Union Dr., #200
    Lincoln, NE 68516
    (402) 420-1400
    E-mail: jonrehm@rehmlaw.com

    For the firm: /s/ Jon Rehm_____
                  Jon Rehm, #23097

EXHIBIT A

| Image ID: D00011343D43 | **SUMMONS** | Doc. No.    11343 |
|---|---|---|

IN THE DISTRICT COURT OF Colfax COUNTY, NEBRASKA
Colfax District Court
411 E. 11th St.
Schuyler            NE 68661 0429

Zeyda Quevedo v. Cargill Meat Solutions

Case ID: CI 24    13

TO:   Cargill Meat Solutions

**FILED BY**
Clerk of the Colfax District Court
02/26/2024

You have been sued by the following plaintiff(s):

   Zeyda Quevedo

Plaintiff's Attorney:    Jonathan V Rehm
Address:                 3701 Union Dr. Suite 200
                         Lincoln, NE 68516

Telephone:               (402) 420-1400

A copy of the complaint/petition is attached. To defend this lawsuit, an appropriate response must be served on the parties and filed with the office of the clerk of the court within 30 days of service of the complaint/petition. If you fail to respond, the court may enter judgment for the relief demanded in the complaint/petition.

Nebraska Supreme Court Rule 2-208 requires individuals involved in a case who are not attorneys and representing themselves to provide their email address to the court in order to receive notice by email from the court about the case. Complete and return the attached form to the court if representing yourself. This document is not the same as a response to the lawsuit which must be filed as a separate document.

Date:  FEBRUARY 26, 2024    BY THE COURT:   *Minda McKitrick*
                                             Clerk

Page 1 of 2

EXHIBIT A

Image ID: D00011343D43

**SUMMONS**

Doc. No.   11343

PLAINTIFF'S DIRECTIONS FOR SERVICE OF SUMMONS AND A COPY OF THE COMPLAINT/PETITION ON:

    Cargill Meat Solutions
    c/o Registered Agent Group Inc
    5000 Central Park Dr., #200
    Lincoln, NE 68504

Method of service:   Certified Mail

You are directed to make such service within ten days after the date of issue, and file with the court clerk proof of service within ten days after the signed receipt is received or is available electronically, whichever occurs first.

EXHIBIT A

| SERVICE RETURN | Doc. No. 11343 |
|---|---|

Colfax District Court
Colfax District Court
411 E. 11th St.
Schuyler                NE 68661 0429

To:
Case ID: CI 24    13 Zeyda Quevedo v. Cargill Meat Solutions

Received this Summons on _____,_____. I hereby certify that on

_____, _____ at _____ o'clock \_\_M. I served copies of the Summons

upon the party:
_____

by _____

_____

_____

as required by Nebraska state law.

Service and return     $ _____

Copy                           _____

Mileage \_\_\_\_miles          _____

   TOTAL            $ _____

Date: _____  BY: _____
                                         (Sheriff or authorized person)

## CERTIFIED MAIL
## PROOF OF SERVICE

Copies of the Summons were mailed by certified mail,
TO THE PARTY: _____

At the following address: _____

_____

_____

on the _____ day of _____ _____, as required by Nebraska state law.

                                        _____

Postage $ _____   Attorney for:   _____

The return receipt for mailing to the party was signed on _____, _____.

```
To: Cargill Meat Solutions              From: Jonathan V Rehm
    c/o Registered Agent Group Inc            3701 Union Dr. Suite 200
    5000 Central Park Dr., #200               Lincoln, NE 68516
    Lincoln, NE 68504
```

**ATTACH RETURN RECEIPT & RETURN TO COURT**

EXHIBIT A

Filed in Colfax District Court
*** EFILED ***
Case Number: D43CI240000013
Transaction ID: 0021327477
Filing Date: 03/19/2024 03:12:11 PM CDT

## IN THE DISTRICT COURT OF COLFAX COUNTY, NEBRASKA

| | |
|---|---|
| ZEYDA QUEVEDO, | Case No. 24-13 |
| Plaintiff, | |
| vs. | **PRAECIPE** |
| CARGILL MEAT SOLUTIONS, | |
| Defendant. | |

To the Clerk of Said Court:

Please issue summons in the above-entitled action for service by certified mail, with a copy of the Complaint attached thereto for service on the Defendant at:

Cargill Meat Solutions
c/o Registered Agent Group, Inc.
12020 Shamrock Plaza #200
Omaha, NE 68154

Summons should be mailed and/or sent by electronic mail to Plaintiff's attorney for service by certified mail.

ZEYDA QUEVEDO, Plaintiff

REHM, MOORE & REHM, P.C., L.L.O.
3701 Union Dr., #200
Lincoln, NE 68516
(402) 420-1400
E-mail: jonrehm@rehmlaw.com

For the firm: /s/ Jon Rehm
               Jon Rehm, #23097

EXHIBIT A

## Certificate of Service

I hereby certify that on Tuesday, March 19, 2024 I provided a true and correct copy of the Praecipe-Summons to the following:

Signature: /s/ Rehm,Jonathan Verners (Bar Number: 23097)

EXHIBIT A

| Image ID:        |       **SUMMONS**       |                        |
|------------------|:-----------------------:|------------------------|
| D00011357D43     |                         | Doc. No.    11357      |

IN THE DISTRICT COURT OF Colfax COUNTY, NEBRASKA
Colfax District Court
411 E. 11th St.
Schuyler            NE 68661 0429

Zeyda Quevedo v. Cargill Meat Solutions

Case ID: CI 24    13

TO:   Cargill Meat Solutions

**FILED BY**
Clerk of the Colfax District Court
03/19/2024

You have been sued by the following plaintiff(s):

Zeyda Quevedo

Plaintiff's Attorney:    Jonathan V Rehm
Address:                 3701 Union Dr. Suite 200
                         Lincoln, NE 68516

Telephone:               (402) 420-1400

A copy of the complaint/petition is attached. To defend this lawsuit, an appropriate response must be served on the parties and filed with the office of the clerk of the court within 30 days of service of the complaint/petition. If you fail to respond, the court may enter judgment for the relief demanded in the complaint/petition.

Nebraska Supreme Court Rule 2-208 requires individuals involved in a case who are not attorneys and representing themselves to provide their email address to the court in order to receive notice by email from the court about the case. Complete and return the attached form to the court if representing yourself. This document is not the same as a response to the lawsuit which must be filed as a separate document.

Date: MARCH 19, 2024        BY THE COURT:  _Minda McKitrick_
                                                Clerk

COURT COPY

Page 1 of 2

EXHIBIT A

Image ID: D00011357D43

**SUMMONS**

Doc. No.    11357

PLAINTIFF'S DIRECTIONS FOR SERVICE OF SUMMONS AND A COPY OF THE COMPLAINT/PETITION ON:

    Cargill Meat Solutions
    c/o Registered Agent Group Inc
    12020 Shamrock Plaza, #200
    Omaha, NE 68154

Method of service:   Certified Mail
Special Instructions:
Attached:   Complaint

You are directed to make such service within ten days after the date of issue, and file with the court clerk proof of service within ten days after the signed receipt is received or is available electronically, whichever occurs first.

COURT COPY

EXHIBIT A

| | SERVICE RETURN | Doc. No.   11357 |
|---|---|---|

Colfax District Court
Colfax District Court
411 E. 11th St.
Schuyler          NE 68661 0429

To:
Case ID: CI 24    13  Zeyda Quevedo v. Cargill Meat Solutions

Received this Summons on _____,_____. I hereby certify that on

_____, _____ at _____ o'clock __M. I served copies of the Summons

upon the party: _____

by _____

_____

_____

as required by Nebraska state law.

Service and return     $ _____

Copy                       _____

Mileage ____miles    _____

   TOTAL         $ _____

Date: _____  BY: _____
                                                                 (Sheriff or authorized person)

## CERTIFIED MAIL
## PROOF OF SERVICE

Copies of the Summons were mailed by certified mail,
TO THE PARTY: _____

At the following address: _____

_____

_____

on the _____ day of _____ _____, as required by Nebraska state law.

                                                                   _____

Postage $ _____   Attorney for: _____

The return receipt for mailing to the party was signed on _____, _____.

```
To: Cargill Meat Solutions              From: Jonathan V Rehm
    c/o Registered Agent Group Inc            3701 Union Dr. Suite 200
    12020 Shamrock Plaza, #200                Lincoln, NE 68516
    Omaha, NE 68154

         COURT COPY
```

**ATTACH RETURN RECEIPT & RETURN TO COURT**

EXHIBIT A

Filed in Colfax District Court
*** EFILED ***
Case Number: D43CI240000013
Transaction ID: 0021356474
Filing Date: 03/26/2024 08:51:11 AM CDT

# SERVICE RETURN

Colfax District Court
Colfax District Court
411 E. 11th St.
Schuyler          NE 68661 0429

To:
Case ID: CI 24    13 Zeyda Quevedo v. Cargill Meat Solutions

Received this Summons on _____,_____. I hereby certify that on _____, _____ at _____ o'clock __M. I served copies of the Summons upon the party: _____

by _____

_____

_____

as required by Nebraska state law.

Service and return    $ _____

Copy                    _____

Mileage ____ miles      _____

   TOTAL             $ _____

Date: _____    BY: _____
                                    (Sheriff or authorized person)

## CERTIFIED MAIL
## PROOF OF SERVICE

Copies of the Summons were mailed by certified mail,
TO THE PARTY: Cargill Meat Solutions

At the following address: c/o Registered Agent Group Inc.
5000 Central Park Dr., Ste. 204
Lincoln, NE 68504

on the __20th__ day of __March__ __2024__, as required by Nebraska state law.

Postage $ __8.93__    Attorney for: __Zeyda Quevedo, Plaintiff__

The return receipt for mailing to the party was signed on __March 22__, __2024__.

To: Cargill Meat Solutions            From: Jonathan V Rehm
c/o Registered Agent Group Inc              3701 Union Dr. Suite 200
12020 Shamrock Plaza, #200                  Lincoln, NE 68516
Omaha, NE 68154

**ATTACH RETURN RECEIPT & RETURN TO COURT**

EXHIBIT B



RECEIVED MAR 25 2024
EXHIBIT B BY:

## Certificate of Service

I hereby certify that on Tuesday, March 26, 2024 I provided a true and correct copy of the Return-Summons/Alias Summons to the following:

Signature: /s/ Rehm,Jonathan Verners (Bar Number: 23097)

EXHIBIT B